

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00046-CV

**XTO ENERGY INC.** and Mobil Producing Texas and New Mexico, Inc.,
Appellant-s

v.

**EOG RESOURCES, INC., ET AL.,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-08-0645-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

This appeal is currently set for submission on oral argument on September 27, 2017. Appellants and appellee EOG Resources, Inc. filed a joint motion "to vacate in part and remand pursuant to settlement." After reviewing this motion, and the response filed by the remaining appellees, we **ORDER** the motion carried with the appeal. The motion will be ruled upon when the appeal is submitted and decided.

We **order** the clerk of the court to serve a copy of this order on all counsel.

It is so **ORDERED** on this 9th day of August, 2017.

PER CURIAM

ATTESTED TO: _____

Luz Estrada
Chief Deputy Clerk

